UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Jason Russ**<br>**PO Box 125**<br>**Lewis Center, OH 43035**<br><br>    **Plaintiff,**<br>v.<br><br>**JP Recovery Services, Inc.**<br>**20220 Center Ridge Rd., # 370**<br>**Cleveland, OH 44116-3568**<br><br>and<br><br>**JOHN AND JANE DOES 1-10**<br><br>    **Defendants.** | : CASE NO.: _____<br>:<br>: **DECLARATION OF ANDREA CARBONE** |

I, Andrea Carbone, hereby declare as follows:

  1. I have been employed as a legal assistant at Lemberg Law since October 31, 2016. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

  2. On October 19, 2017, per Mr. Jason Russ' request, I drafted a letter addressed to JP Recovery Services, Inc., requesting to cease all telephone calls to Mr. Russ' number ("C&D Letter").

  3. On October 19, 2017, I mailed the C&D Letter to JP Recovery Services, Inc., 20220 Center Ridge Road # 370, Cleveland, OH 44116-3568, via first class mail.

  4. On the same day, I saved an electronic copy of the C&D Letter and notated my mailing of the C&D Letter in our business files.

2

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and accurate.

Executed this 6 day of April, 2018, at Wilton, Connecticut.

*Andrea Carbone*
Andrea Carbone